# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 2, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156724(23)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ERIK DAVON THOMPKINS,
      Defendant-Appellant.

_____/

SC: 156724
COA: 339876
Oakland CC: 2016-258995-FC

On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing his reply is GRANTED. The reply will be accepted as timely filed if submitted on or before December 3, 2018.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 2, 2018



Clerk